## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

MIGUEL A. PELAGE,

     Plaintiff,

v.

Case No. 3:18-cv-148-J-32JRK

FLORIDA FAMILY SUPPORT
DIVISION CHILD SUPPORT
ENFORCEMENT,

     Defendant.

_____

### O R D E R

This case is before the Court on the United States Magistrate Judge's Report and Recommendation, (Doc. 5), which <u>sua</u> <u>sponte</u> recommends dismissal of the complaint for failure to prosecute and comply with the Court's orders. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2.      This case is **DISMISSED without prejudice**.

3.      The Clerk shall terminate all pending motions and deadlines and
close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of May,
2018.


TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Honorable James R. Klindt
United States Magistrate Judge

Counsel of record